**Opinion issued June 19, 2025.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00315-CV

————————————

**JASON JUNKER AND TIFFANY SUDELA-JUNKER, Appellants**

**V.**

**PATRICIA EMERSON, Appellee**

---

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-34181**

---

## MEMORANDUM OPINION

Appellants Jason Junker and Tiffany Sudela-Junker filed a notice of appeal from the trial court's March 28, 2023 final judgment. This Court issued an order abating the appeal and referring the parties to mediation. On June 12, 2025, Appellants and Appellee Patricia Emerson filed a Joint Motion to Dismiss Appeal

stating the parties had participated in mediation, reached settlement, and effectuated the terms of their settlement agreement. They requested that we lift the abatement, reinstate the appeal, and dismiss the appeal with prejudice pursuant to Texas Rule of Appellate Procedure 42.1(a)(1).

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Accordingly, the Court reinstates the appeal on the Court's active docket, grants the parties' Joint Motion to Dismiss Appeal, and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). Pursuant to the parties' settlement agreement, costs and fees are taxed against the party incurring the same. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.